**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LUIS SERGIO MORALES-VILLAPUDUA, ) <br> ) <br> Defendant. ) <br> ) | 2:09-cr-00321-RCJ-LRL <br><br> **ORDER** |

Before the Court for consideration is the (#20) Report and Recommendation of Magistrate Judge Lawrence R. Leavitt, filed January 19, 2010.  No opposition has been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendation (#21) of the United States Magistrate Judge entered August 14, 2009, should be affirmed.  As such,

IT IS HEREBY ORDERED that Magistrate Judge Leavitt's Report and Recommendation (#20) be AFFIRMED and ADOPTED and that Defendant's (#18) Motion to Dismiss Based on Prior Unlawful Deportation is **DENIED**.

DATED: February 24, 2010

_____
Robert C. Jones
United States District Judge